| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**GARY C. ZEITZ, L.L.C.**<br>LINDA S. FOSSI, ESQUIRE (LF 1720)<br>ROBIN LONDON-ZEITZ, ESQUIRE (RZ 2933)<br>1101 Laurel Oak Road, Suite 170<br>Voorhees, New Jersey 08043<br>(856) 857-1222<br>*Attorneys for Creditor,*<br>*U.S. BANK CUST/PRO CAPITAL I, LLC* | **Order Filed on July 5, 2016 by**<br>**Clerk U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re:<br><br>AMALIA MEJIAS A/K/A MARGIE MEJIAS | Case No.: 14-29177/JNP<br><br>Chapter 13<br><br>Hearing Date: June 28, 2016<br><br>Judge: Jerrold N. Poslusny, Jr. |

## ORDER REINSTATING AUTOMATIC STAY AS TO
## U.S. BANK CUST/PRO CAPITAL I, LLC

The relief set forth on the following page, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: July 5, 2016**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

THIS MATTER having come before the Court upon the motion of Amalia Mejias, ("Debtor") for the reinstatement of the automatic stay as to U.S. Bank Cust/Pro Capital I, LLC ("Creditor"), and the following appearances having been entered, Linda S. Fossi, Esquire, Gary C. Zeitz, L.L.C. attorneys for Creditor and Mark W. Ford, Esquire, attorney for the Debtor; and

IT APPEARING that Creditor is the holder of certain tax lien(s) (the "Tax Lien") secured by the Debtor's real estate located at 926 N. 7th Street, Camden, New Jersey, Block 757, Lot 32 (the "Property"); and

IT FURTHER APPEARING that Creditor was granted relief from the automatic stay by Order dated December 1, 2015: and

IT FURTHER APPEARING that the Debtor now seeks to reinstate the automatic stay and has cured the arrears to the Trustee and has brought the post petition taxes on the Property current; and the parties having agreed to the form and entry of this Order,

IT IS ORDERED as follows:

1. The automatic stay as to Creditor U.S. Bank Cust/Pro Capital I, LLC is hereby reinstated.

2. The Debtor shall pay all post-petition taxes owing to Camden on account of the Property for each quarter as it comes due.

3. The Debtor shall stay current with all plan payments owed to the Chapter 13 Trustee.

4. In the event the Debtor fails to make any of the post-petition payments required to be made to Camden on account of the Property or fails to make any payments under the Chapter 13 plan, within thirty (30) days of the due date, then Creditor shall be entitled to relief

2

from the automatic stay pursuant to 11 U.S.C. §362(d). Said relief shall be granted upon application of Creditor, with seven (7) days notice to the Debtor and Debtor's counsel, setting forth the default in question.

5. Creditor is granted an administrative claim, which will be paid through the Debtor's Chapter 13 plan, in the amount of $500.00 on account of the legal fees and costs incurred in the initial prosecution of its relief from stay motion.