UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**GARY C. ZEITZ, L.L.C.**
LINDA S. FOSSI, ESQUIRE (LF 1720)
ROBIN LONDON-ZEITZ, ESQUIRE (RZ 2933)
1101 Laurel Oak Road, Suite 170
Voorhees, New Jersey 08043
(856) 857-1222
*Attorneys for Creditor,*
*U.S. BANK CUST/PRO CAPITAL I, LLC*

**Order Filed on July 5, 2016 by**
**Clerk U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

AMALIA MEJIAS A/K/A MARGIE MEJIAS

Case No.: 14-29177/JNP

Chapter 13

Hearing Date: June 28, 2016

Judge: Jerrold N. Poslusny, Jr.

**ORDER REINSTATING AUTOMATIC STAY AS TO**
**U.S. BANK CUST/PRO CAPITAL I, LLC**

The relief set forth on the following page, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: July 5, 2016**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

THIS MATTER having come before the Court upon the motion of Amalia Mejias, ("Debtor") for the reinstatement of the automatic stay as to U.S. Bank Cust/Pro Capital I, LLC ("Creditor"), and the following appearances having been entered, Linda S. Fossi, Esquire, Gary C. Zeitz, L.L.C. attorneys for Creditor and Mark W. Ford, Esquire, attorney for the Debtor; and

IT APPEARING that Creditor is the holder of certain tax lien(s) (the "Tax Lien") secured by the Debtor's real estate located at 926 N. 7th Street, Camden, New Jersey, Block 757, Lot 32 (the "Property"); and

IT FURTHER APPEARING that Creditor was granted relief from the automatic stay by Order dated December 1, 2015: and

IT FURTHER APPEARING that the Debtor now seeks to reinstate the automatic stay and has cured the arrears to the Trustee and has brought the post petition taxes on the Property current; and the parties having agreed to the form and entry of this Order,

IT IS ORDERED as follows:

1. The automatic stay as to Creditor U.S. Bank Cust/Pro Capital I, LLC is hereby reinstated.

2. The Debtor shall pay all post-petition taxes owing to Camden on account of the Property for each quarter as it comes due.

3. The Debtor shall stay current with all plan payments owed to the Chapter 13 Trustee.

4. In the event the Debtor fails to make any of the post-petition payments required to be made to Camden on account of the Property or fails to make any payments under the Chapter 13 plan, within thirty (30) days of the due date, then Creditor shall be entitled to relief

2

from the automatic stay pursuant to 11 U.S.C. §362(d). Said relief shall be granted upon application of Creditor, with seven (7) days notice to the Debtor and Debtor's counsel, setting forth the default in question.

     5.     Creditor is granted an administrative claim, which will be paid through the Debtor's Chapter 13 plan, in the amount of $500.00 on account of the legal fees and costs incurred in the initial prosecution of its relief from stay motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Amalia Mejias  
    Debtor

Case No. 14-29177-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jul 05, 2016  
                    Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 07, 2016.  
db          +Amalia Mejias,    2901 Cramer Street,    Camden, NJ 08105-1315

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2016                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 5, 2016 at the address(es) listed below:

         Adam D. Greenberg    on behalf of Creditor    Equity Trust Company Custodian FBO Adam Greenberg IRA agreenberg@hgllclaw.com, Aholmes@hgllclaw.com  
         Brian C. Nicholas    on behalf of Creditor    OCWEN LOAN SERVICING, LLC bnicholas@kmllawgroup.com  
         Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Joshua I. Goldman    on behalf of Creditor    Residential Credit Solutions, Inc. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Linda S. Fossi    on behalf of Creditor    U.S. Bank Cust/Pro Capital I, LLC lfossi@zeitzlawfirm.com, gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com  
         Mark W. Ford    on behalf of Debtor Amalia Mejias markfordlaw@juno.com, dsorbello@MarkFordLaw.comcastbiz.net  
         Michelle Banks-Spearman    on behalf of Creditor    City of Camden, Revenue Collection MiSpearm@ci.camden.nj.us, NaHarvey@ci.camden.nj.us;LyLaracu@ci.camden.nj.us;NoCarrer@ci.camden.nj.us  
                                                                                                               TOTAL: 8