UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR9004-1(b)**

Mark W. Ford, Esquire
4 ½ Broadway, PO Box 110
Gloucester City, NJ 08030
Attorney for Debtor

In Re:

Amalia Mejias

Case No.:      __14-29177 JNP__

Judge:         ___Jerold N. Poslusny, Jr._

Chapter:       13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. X Motion for Relief from the Automatic Stay filed by_____Brian E. Caine_____,
   creditor,

   A hearing has been scheduled for _____December 5, 2017_____, at ___10:00 am___.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☐ Certification of Default filed by _____,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☐ Payments have been made in the amount of $_____, but have notbeen accounted for. Documentation in support is attached.

☐Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

XOther **(explain your answer)**:

The Debtor will be receiving $2000.00 which will represent three (3) mortgage payments by December 5, 2017. The balance will be current soon

3. This certification is being made in an effort to resolve the issues raised in the certification of default ormotion.

4. I certify under penalty of perjury that the above is true.

Date: __11/25/17__          __/s/ Amalia Mejias__
                            Debtor's Signature

Date: _____          _____
                            Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served onthe Chapter 13 Trustee and creditor, if applicablenot later than 7 days before the date of the hearingif filed in opposition to a Motion for Relief from the Automatic Stay orChapter 13 Trustee'sMotion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicablenot later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*