UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices
PARKER McCAY P.A.
Brian E. Caine
9000 Midlantic Drive, Suite 300
P.O. Box 5054
Mount Laurel, New Jersey  08054
(856) 810-5815
Attorneys for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, its successors and/or assigns



Order Filed on December 13, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey

In Re:

AMALIA MEJIAS

CASE NO.  14-29177-JNP
Chapter:  13
Hearing:  December 5, 2017
Judge:  POSLUSNY

**ORDER RESOLVING WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST'S MOTION FOR RELIEF FROM STAY AND CO-DEBTOR STAY**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: December 13, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtors: AMALIA MEJIAS
Case No: 14-29177-JNP
Caption of Order: Order Resolving Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust's Motion for Relief from Stay and Co-Debtor Stay

Upon consideration of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, its successors and/or assigns, (hereinafter "Movant") application for an order, pursuant to section 362(d) and 1301 of the Bankruptcy Code, for relief from the automatic stay and co-debtor stay as to certain real property as hereinafter set forth, and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for cause shown, it is hereby;

**ORDERED** as follows:

1.  As of December 1, 2017, the Debtors are due for the April 1, 2016 through and including December 1, 2017 post-petition payments which total **$13,344.49**:

    21 months @ $663.08 (4/16-12/17):     $13,924.68
    Suspense:                                                ($580.19)

Said arrearages shall be cured by Debtors as follows:

a) The Debtor shall submit an immediate payment in the amount of $2,000.00 to Movant.

b) Commencing with the January 1, 2018 monthly post-petition mortgage payment and continuing each month thereafter through and including the June 1, 2018 monthly post-petition mortgage payment, Debtors shall cure the aforesaid remaining arrearages ($11,344.49), by tendering directly to Movant the regular monthly post-petition mortgage payment plus an additional payment of $1,890.75 which represents 1/6 of the total sum of the post-petition arrearages.

**(Page 3)**
Debtors:  AMALIA MEJIAS
Case No:  14-29177-JNP
Caption of Order:  Order Resolving Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust's Motion for Relief from Stay and Co-Debtor Stay

---

2.    Commencing with the July 1, 2018 regular monthly post-petition mortgage payment and continuing each month thereafter for the duration of this Chapter 13 proceeding, Debtors shall remit payments directly to Movant as same come due.

3.    Debtors shall reimburse Movant through their Chapter 13 Plan of Reorganization, as an administrative claim, the sum of $831.00 for attorney's fees and costs incurred by Movant in the prosecution of its application for relief from stay.

4.    **Thirty-Day Default Clause:**  If the Debtors should default and fail to make the payments stated herein or any future payments that come due during the pendency of this case to Movant and/or to the Chapter 13 Trustee for more than (30) days from the due date or to the Chapter 13 Trustee, then upon certification of non-receipt of said payments in accordance herewith submitted by secured creditor's counsel, the Court shall enter a General Relief Order, vacating the automatic stay of 11 *U.S.C.* §362(a) and Co-Debtor stay of section 1301 with respect to secured creditor's enforcement of its State Law Foreclosure action against the realty commonly known as 2901 Cramer St, Camden NJ 08105.  The Order submitted to the Court will not require the consent of the Debtors or the Debtors' counsel regarding form or substance, however, the trustee, Debtors and their counsel shall be given notice of any filing of a certification of non-receipt in accordance with the Local Rules of Bankruptcy Procedure.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 14-29177-JNP
Amalia Mejias                                                           Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Dec 13, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2017.
db             +Amalia Mejias,    2901 Cramer Street,    Camden, NJ 08105-1315

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2017                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2017 at the address(es) listed below:
      Adam D. Greenberg    on behalf of Creditor    Equity Trust Company Custodian FBO Adam Greenberg IRA
       agreenberg@hgllclaw.com, Aholmes@hgllclaw.com
      Brian C. Nicholas    on behalf of Creditor    OCWEN LOAN SERVICING, LLC bnicholas@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Brian E Caine    on behalf of Creditor    Wilmington Savings Fund Society, et al
       bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
      Denise E. Carlon    on behalf of Creditor    Residential Credit Solutions, Inc.
       dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
       summarymail@standingtrustee.com
      Joshua I. Goldman    on behalf of Creditor    Residential Credit Solutions, Inc.
       jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
      Linda S. Fossi    on behalf of Creditor    U.S. Bank Cust/Pro Capital I, LLC
       lfossi@zeitzlawfirm.com,
       gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
      Mark W. Ford    on behalf of Debtor Amalia  Mejias markfordlaw@juno.com,
       dsorbello@MarkFordLaw.comcastbiz.net
      Michelle Banks-Spearman    on behalf of Creditor    City of Camden, Revenue Collection
       MiSpearm@ci.camden.nj.us,
       NaHarvey@ci.camden.nj.us;LyLaracu@ci.camden.nj.us;NoCarrer@ci.camden.nj.us
                                                                                     TOTAL: 10