UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

Caption in Compliance with D.N.J. LBR9004-1(b)

MARK W. FORD, ESQUIRE
LAW OFFICES OF MARK W. FORD, LLC
4 ½ NORTH BROADWAY
GLOUCESTER CITY, NJ 08030
(856) 456-1811

In Re:

AMALIA MEJIAS

Case No.:    14-29177-JNP

Judge:    JERROLD N. POSLUSNY

Chapter:    13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by_____,
   creditor,

   A hearing has been scheduled for _____, at _____.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   X Certification of Default filed by GLORIA A. ROCHA, VICE-PRESIDENT, ON
   BEHALF OF SECURED CREDITOR, WILMINGTON SAVINGS FUND
   SOCIETY,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   Payments have been made in the amount of $ , but have not been accounted for.
   Documentation in support is attached.

☐Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

XOther **(explain your answer)**:

DEBTOR MADE A PAYMENT IN APRIL OF 2018; AND DEBTOR MADE AN ADDITIONAL PAYMENT ON MAY 8, 2018, AND IS WILLING TO ENTER INTO ANY AGREEMENT IN WHICH SHE PAYS OFF THE $12,215.00 TO BRING HERSELF CURRENT.

3. This certification is being made in an effort to resolve the issues raised in the certification of default ormotion.

4. I certify under penalty of perjury that the above is true.

Date: May 17, 2018                                           /s/Amalia Mejias
                                                             Debtor's Signature

Date:_____                                 _____
                                                             Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served onthe Chapter 13 Trustee and creditor, if applicablenot later than 7 days before the date of the hearingif filed in opposition to a Motion for Relief from the Automatic Stay orChapter 13 Trustee'sMotion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicablenot later than 14 days after the filing of a Certification of Default.