**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re:

Amalia Mejias

Case No.: 14-29177
Hearing Date: 6/12/2018
Chapter: 13
Judge: JNP

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable Jerrold N. Poslusny Jr., United States Bankruptcy Judge.

**Reason for Hearing:** Objection to Creditor's Certification of Non Payment on behalf of Wilmington Savings Fund Society, et al.

**Location of Hearing:** Courtroom No. 4C
Mitchell H. Cohen U.S. Courthouse
400 Cooper Street
Camden, NJ 08101

**Date and Time:** June 12, 2018 @ 10:00AM, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:** ☒ ARE REQUIRED    ☐ ARE NOT REQUIRED

DATE: 5/18/2018

JEANNE A. NAUGHTON, Clerk

By: /s/Linda Martin
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on 5/18, 20 18 this notice was served on the following: Debtor(s), Attorney for Debtor(s)
Creditor's Attorney,
Trustee, and US Trustee

JEANNE A. NAUGHTON, Clerk

By: /s/Linda Martin
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Amalia Mejias  
    Debtor

Case No. 14-29177-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: May 18, 2018  
Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2018.  
db    +Amalia Mejias,    2901 Cramer Street,    Camden, NJ 08105-1315

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2018      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2018 at the address(es) listed below:

         Adam D. Greenberg    on behalf of Creditor    Equity Trust Company Custodian FBO Adam Greenberg IRA agreenberg@hgllclaw.com, Aholmes@hgllclaw.com  
         Brian C. Nicholas    on behalf of Creditor    OCWEN LOAN SERVICING, LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Brian E Caine    on behalf of Creditor    Wilmington Savings Fund Society, et al bcaine@parkermccay.com, BKcourtnotices@parkermccay.com  
         Denise E. Carlon    on behalf of Creditor    Residential Credit Solutions, Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Joshua I. Goldman    on behalf of Creditor    Residential Credit Solutions, Inc. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Linda S. Fossi    on behalf of Creditor    U.S. Bank Cust/Pro Capital I, LLC lfossi@zeitzlawfirm.com, gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com  
         Mark W Ford    on behalf of Debtor Amalia Mejias markfordlaw@juno.com  
         Michelle Banks-Spearman    on behalf of Creditor    City of Camden, Revenue Collection MiSpearm@ci.camden.nj.us, NaHarvey@ci.camden.nj.us;LyLaracu@ci.camden.nj.us;ElRedmer@ci.camden.nj.us

         TOTAL: 10