UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
Law Offices of Mark W. Ford, LLC
4 ½ North Broadway, PO Box 110
Gloucester City, NJ 08030
856-456-8811, 856-456-8558 (Fax)
Attorney for the debtor

In Re:

Amalia Mejias

Case Number: <u>14-29177</u>

Judge: <u>JNP</u>

Chapter: 13

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO CERTIFICATION OF DEFAULT

I, Amalia Mejias am the debtor in the above matter and I hereby object to the

Certification of Default in this matter. I certify as follows:

1.  I certify that I will make an additional payment to the Trustee on June 22, 2018.

2.  I further certify that I have made a payment of $683.00 to the mortgage company on June 5, 2018.

3.  This certification is being made in an effort to resolve the issues raised by the creditor, Linda S. Fossi on behalf of U.S. Bank Cust/Pro Capital I LLC in its motion.

I certify that the foregoing statements made by me are true and am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

DATED: June 18, 2018        /s/ Amalia Mejias