Order Filed on June 21, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

PARKER McCAY P.A.
Brian E. Caine, Esq.
9000 Midlantic Drive, Suite 300
P.O. Box 5054
Mount Laurel, New Jersey  08054
(856) 810-5815
Attorney for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, its successors and/or assigns

In Re:

AMALIA MEJIAS

CASE NO.  14-29177-JNP
Chapter:  13
Hearing:  June 12, 2018
Judge:  POSLUSNY

**ORDER REGARDING WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST'S CERTIFICATION OF DEFAULT**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: June 21, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtors:  AMALIA MEJIAS
Case No:  14-29177-JNP
Caption of Order:  Order Regarding Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust's Certification of Default

---

Pursuant to the June 12, 2018 hearing on the Certification of Default filed by Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, its successors and/or assigns, and (hereinafter "Movant"), it is hereby;

**ORDERED** as follows:

1. As of June 12, 2018, the Debtor is due for the August 1, 2016 through and including June 1, 2018 post-petition payments which total $14,822.98:

| | |
|---|---|
| 23 months past due @ $663.08 (Aug 2016 – June 2018): | $15,250.84 |
| Suspense | ($427.86) |
| Total = | **$14,822.98** |

2. Said arrearages shall be cured by Debtor as follows:

   a. The debtor shall make an immediate payment to Movant in the amount of $1,000.00.  If said monies are not paid immediately, relief from stay and co-debtor stay will be granted without the need for further application to the Court.  Said payment is not subject to the 30 day waiting period as referenced in paragraph 5 below; it is due immediately.

   b. Commencing with the July 1, 2018 monthly post-petition mortgage payment and continuing each month thereafter through and including the December 1, 2018 monthly post-petition mortgage payment, Debtor shall cure the aforesaid remaining arrearages of $13,822.98 by tendering directly to Movant the regular monthly post-petition mortgage payment plus an additional payment of $2,303.83 which represents 1/6 of the total sum of the remaining post-petition arrearages.

**(Page 3)**

Debtors:  AMALIA MEJIAS

Case No:  14-29177-JNP

Caption of Order:  Order Regarding Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust's Certification of Default

---

3. Commencing with the January 1, 2019 regular monthly post-petition mortgage payment and continuing each month thereafter for the duration of this Chapter 13 proceeding, Debtor shall remit payments directly to Movant as same come due.

4. Debtor shall reimburse Movant through their Chapter 13 Plan of Reorganization, as an administrative claim, the sum of $300.00 for attorney's fees incurred by Movant in the prosecution of its application for certification of default.

5. **Thirty-Day Default Clause:**  If the Debtor should default and fail to make the payments stated herein or any future payments that come due during the pendency of this case to Movant for more than (30) days from the due date, then upon certification of non-receipt of said payments in accordance herewith submitted by secured creditor's counsel, the Court shall enter a General Relief Order, vacating the automatic stay of 11 *U.S.C.* §362(a) and §1301 co-debtor stay with respect to the realty commonly known as 2901 Cramer St, Camden NJ 08105.  The Order submitted to the Court will not require the consent of the Debtor or the Debtor's counsel regarding form or substance, however, the Trustee, Debtor and their counsel shall be given notice of any filing of a certification of non-receipt in accordance with the Local Rules of Bankruptcy Procedure.