**Order Filed on June 21, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

PARKER McCAY P.A.
Brian E. Caine, Esq.
9000 Midlantic Drive, Suite 300
P.O. Box 5054
Mount Laurel, New Jersey  08054
(856) 810-5815
Attorney for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, its successors and/or assigns

In Re:

AMALIA MEJIAS

CASE NO.  14-29177-JNP
Chapter:  13
Hearing:  June 12, 2018
Judge:  POSLUSNY

**ORDER REGARDING WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST'S CERTIFICATION OF DEFAULT**

   The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: June 21, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtors:  AMALIA MEJIAS
Case No:  14-29177-JNP
Caption of Order:  Order Regarding Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust's Certification of Default

Pursuant to the June 12, 2018 hearing on the Certification of Default filed by Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, its successors and/or assigns, and (hereinafter "Movant"), it is hereby;

**ORDERED** as follows:

1. As of June 12, 2018, the Debtor is due for the August 1, 2016 through and including June 1, 2018 post-petition payments which total $14,822.98:

| | |
|---|---|
| 23 months past due @ $663.08 (Aug 2016 – June 2018): | $15,250.84 |
| Suspense | ($427.86) |
| Total = | **$14,822.98** |

2. Said arrearages shall be cured by Debtor as follows:

   a. The debtor shall make an immediate payment to Movant in the amount of $1,000.00.  If said monies are not paid immediately, relief from stay and co-debtor stay will be granted without the need for further application to the Court.  Said payment is not subject to the 30 day waiting period as referenced in paragraph 5 below; it is due immediately.

   b. Commencing with the July 1, 2018 monthly post-petition mortgage payment and continuing each month thereafter through and including the December 1, 2018 monthly post-petition mortgage payment, Debtor shall cure the aforesaid remaining arrearages of $13,822.98 by tendering directly to Movant the regular monthly post-petition mortgage payment plus an additional payment of $2,303.83 which represents 1/6 of the total sum of the remaining post-petition arrearages.

**(Page 3)**

Debtors:  AMALIA MEJIAS

Case No:  14-29177-JNP

Caption of Order:  Order Regarding Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust's Certification of Default

---

3.	Commencing with the January 1, 2019 regular monthly post-petition mortgage payment and continuing each month thereafter for the duration of this Chapter 13 proceeding, Debtor shall remit payments directly to Movant as same come due.

4.	Debtor shall reimburse Movant through their Chapter 13 Plan of Reorganization, as an administrative claim, the sum of $300.00 for attorney's fees incurred by Movant in the prosecution of its application for certification of default.

5.	**Thirty-Day Default Clause:**  If the Debtor should default and fail to make the payments stated herein or any future payments that come due during the pendency of this case to Movant for more than (30) days from the due date, then upon certification of non-receipt of said payments in accordance herewith submitted by secured creditor's counsel, the Court shall enter a General Relief Order, vacating the automatic stay of 11 *U.S.C.* §362(a) and §1301 co-debtor stay with respect to the realty commonly known as 2901 Cramer St, Camden NJ 08105.  The Order submitted to the Court will not require the consent of the Debtor or the Debtor's counsel regarding form or substance, however, the Trustee, Debtor and their counsel shall be given notice of any filing of a certification of non-receipt in accordance with the Local Rules of Bankruptcy Procedure.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 14-29177-JNP
Amalia Mejias                                                           Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Jun 21, 2018
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2018.
db             +Amalia Mejias,    2901 Cramer Street,    Camden, NJ 08105-1315

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2018 at the address(es) listed below:
      Adam D. Greenberg    on behalf of Creditor    Equity Trust Company Custodian FBO Adam Greenberg IRA
       agreenberg@hgllclaw.com, Aholmes@hgllclaw.com
      Brian C. Nicholas    on behalf of Creditor    OCWEN LOAN SERVICING, LLC bnicholas@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Brian E Caine    on behalf of Creditor    Wilmington Savings Fund Society, et al
       bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
      Denise E. Carlon    on behalf of Creditor    Residential Credit Solutions, Inc.
       dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
       summarymail@standingtrustee.com
      Joshua I. Goldman    on behalf of Creditor    Residential Credit Solutions, Inc.
       jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
      Linda S. Fossi    on behalf of Creditor    U.S. Bank Cust/Pro Capital I, LLC
       lfossi@zeitzlawfirm.com,
       gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
      Mark W Ford    on behalf of Debtor Amalia   Mejias markfordlaw@juno.com
      Michelle Banks-Spearman    on behalf of Creditor    City of Camden, Revenue Collection
       MiSpearm@ci.camden.nj.us,
       NaHarvey@ci.camden.nj.us;LyLaracu@ci.camden.nj.us;ElRedmer@ci.camden.nj.us
                                                                                              TOTAL: 10