UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

**GARY C. ZEITZ, L.L.C.**
LINDA S. FOSSI, ESQUIRE (LF 1720)
ROBIN LONDON-ZEITZ, ESQUIRE (RZ 2933)
1101 Laurel Oak Road, Suite 170
Voorhees, New Jersey 08043
(856) 857-1222
*Attorneys for Creditor,*
*U.S. BANK CUST/PRO CAPITAL I, LLC*

**Order Filed on July 24, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

AMALIA MEJIAS A/K/A MARGIE MEJIAS

Debtor

Case No.: 14-29177/JNP

Chapter 13

Hearing Date: July 17, 2018

Judge: Jerrold N. Poslusny, Jr.

## ORDER RESOLVING CERTIFICATION OF DEFAULT

The relief set forth on the following page, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: July 24, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

THIS MATTER having come before the Court upon the certification of default of U.S. Bank Cust/Pro Capital I, LLC ("Creditor") requesting the entry of an Order for relief from the automatic stay to proceed with a foreclosure proceeding against Amalia Mejias a/k/a Margie Mejias (the "Debtor"), and the following appearances having been entered, Linda S. Fossi, Esquire, Gary C. Zeitz, L.L.C. attorneys for Creditor and Mark W. Ford, Esquire, attorney for the Debtor; and

IT APPEARING that Creditor is the holder of certain tax lien(s) (the "Tax Lien") secured by the Debtor's real estate located at 926 N. 7th Street, Camden, New Jersey, Block 757, Lot 32 (the "Property"); and

IT FURTHER APPEARING that Creditor filed a motion (the "Motion") for relief from the automatic stay to foreclose the Tax Lien on July 29, 2015, resulting in the entry of an Order resolving the Motion on September 4, 2015; and

IT FURTHER APPEARING that Creditor filed a Certification of Default on November 3, 2015, resulting in an Order granting Creditor stay relief on December 1, 2015; and

IT FURTHER APPEARING that Debtor filed a Motion to Reinstate the Automatic Stay on May 9, 2016 which was resolved with an Order dated July 5, 2016 that reinstated the automatic stay as to the Property; and

IT FURTHER APPEARING that Creditor filed a certification of default with respect to the July 5, 2016 Order; and the Debtor filed opposition thereto; and the parties having agreed to the form and entry of this Order,

IT IS ORDERED as follows:

2

1. Within thirty (30) days of the entry of this Order, the Debtor shall pay all outstanding post-petition taxes owing to Camden on account of the Property except to the extent that Creditor has already paid said post-petition taxes.

2. In the event the Debtor fails to make any of the post-petition payments required to be made to Camden on account of the Property or fails to make any payments under her Chapter 13 plan, within thirty (30) days of the due date, then Creditor shall be entitled to relief from the automatic stay pursuant to 11 U.S.C. §362(d). Said relief shall be granted upon application of Creditor, with fourteen (14) days notice to the Debtor and Debtor's counsel, setting forth the default in question.

3. Creditor is granted an administrative claim, which will be paid through the Debtor's Chapter 13 plan, in the amount of $350.00 on account of the legal fees and costs incurred in the prosecution of its certification of default.

United States Bankruptcy Court
District of New Jersey

In re:  
Amalia Mejias  
    Debtor

Case No. 14-29177-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jul 24, 2018  
                    Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2018.
db          +Amalia Mejias,    2901 Cramer Street,    Camden, NJ 08105-1315

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2018                                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2018 at the address(es) listed below:

         Adam D. Greenberg    on behalf of Creditor    Equity Trust Company Custodian FBO Adam Greenberg IRA
          agreenberg@hgllclaw.com, Aholmes@hgllclaw.com
         Brian C. Nicholas    on behalf of Creditor    OCWEN LOAN SERVICING, LLC bnicholas@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Brian E Caine    on behalf of Creditor    Wilmington Savings Fund Society, et al
          bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
         Denise E. Carlon    on behalf of Creditor    Residential Credit Solutions, Inc.
          dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
         Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
          summarymail@standingtrustee.com
         Joshua I. Goldman    on behalf of Creditor    Residential Credit Solutions, Inc.
          jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
         Linda S. Fossi    on behalf of Creditor    U.S. Bank Cust/Pro Capital I, LLC
          lfossi@zeitzlawfirm.com,
          gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
         Mark W Ford    on behalf of Debtor Amalia   Mejias markfordlaw@juno.com
         Michelle Banks-Spearman    on behalf of Creditor    City of Camden, Revenue Collection
          MiSpearm@ci.camden.nj.us,
          NaHarvey@ci.camden.nj.us;LyLaracu@ci.camden.nj.us;ElRedmer@ci.camden.nj.us
                                                                                              TOTAL: 10