| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Law Offices of Mark W. Ford, LLC<br>4 ½ North Broadway, PO Box 110<br>Gloucester City, NJ 08030<br>856-456-8811, 856-456-8558 (Fax)<br>Attorney for the debtor | |
| In Re:<br><br>Amalia Mejias | Case Number: <u>14-29177</u><br><br>Judge:     <u>JNP</u><br><br>Chapter:    13 |

Recommended Local Form:     ☒ Followed    ☐ Modified

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO CREDITOR'S MOTION or CERTIFICATION OF DEFAULT

I, Amalia Mejias, am the Debtor in the above-captioned chapter 13 proceeding, and I hereby object to the Certification of Default filed by the mortgage company in this matter. I certify as follows:

1. I certify that I will pay money on November 9, 2018 and will make other arrangements to catch up on the trustee arrears.

2. This certification is being made in an effort to resolve the issues raised by the mortgage company in its motion.

3. I certify that the statements made by me are true. If any of the statements made by me are willfully false, I am subject to punishment.

Date: <u>November 8, 2018</u>           /s/ Amalia Mejias
                                          Amalia Mejias