**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In Re: Amalia Mejias | Case No.: 14-29177 |
|---|---|
| | Hearing Date: 3/12/19 |
| | Chapter: 11 |
| | Judge: JNP |

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable  Jerrold N. Poslusny, Jr. , United States Bankruptcy Judge.

**Reason for Hearing:** Chapter 13 Trustee's Objection to Debtor's Motion to Approve Loan Modification

**Location of Hearing:** Courtroom No. 4C
Mitchell H. Cohen Courthouse
400 Cooper Street, 4th Floor
Camden, NJ  08101

**Date and Time:** March 12, 2019 at 10:00 AM, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**  ☒ ARE REQUIRED   ☐ ARE NOT REQUIRED

DATE: February 22, 2019

JEANNE A. NAUGHTON, Clerk

By: /s/ Joan Lieze
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on February 22, 20 19 this notice was served on the following: Debtor(s)/Attorney for Debtor(s)
Chapter 13 Trustee

JEANNE A. NAUGHTON, Clerk

By: /s/ Joan Lieze
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 14-29177-JNP
Amalia Mejias                                                                 Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Feb 22, 2019
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2019.
db             +Amalia Mejias,    2901 Cramer Street,    Camden, NJ 08105-1315

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2019 at the address(es) listed below:
              Adam D. Greenberg    on behalf of Creditor    Equity Trust Company Custodian FBO Adam Greenberg IRA
               agreenberg@hgllclaw.com, Aholmes@hgllclaw.com
              Brian C. Nicholas    on behalf of Creditor    OCWEN LOAN SERVICING, LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Brian E Caine    on behalf of Creditor    Wilmington Savings Fund Society, et al
               bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
              Denise E. Carlon    on behalf of Creditor    Residential Credit Solutions, Inc.
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Joshua I. Goldman    on behalf of Creditor    Residential Credit Solutions, Inc.
               jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
              Linda S. Fossi    on behalf of Creditor    U.S. Bank Cust/Pro Capital I, LLC
               lfossi@zeitzlawfirm.com,
               gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
              Mark W Ford    on behalf of Debtor Amalia  Mejias markfordlaw@juno.com
              Michelle Banks-Spearman    on behalf of Creditor    City of Camden, Revenue Collection
               MiSpearm@ci.camden.nj.us,
               NaHarvey@ci.camden.nj.us;LyLaracu@ci.camden.nj.us;ElRedmer@ci.camden.nj.us
                                                                                               TOTAL: 10