UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Law Offices of Mark W. Ford, LLC
4 ½ North Broadway, PO Box 110
Gloucester City, NJ 08030
856-456-8811, 856-456-8558 (Fax)
Attorney for the debtor

In Re:

Amalia Mejias

Case Number: <u>14-29177</u>

Judge: <u>Jerrold N. Poslusny</u>

Chapter: 13

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO CREDITOR'S MOTION or CERTIFICATION OF DEFAULT
## XX TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT

The debtor in the above-captioned chapter 13 proceeding hereby objects to the following **(choose one):**

1.  Motion for Relief from the Automatic Stay filed

    By _____, creditor,

A hearing has been scheduled for, at 10:00 am

OR

Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for .

Certification of Default filed by _____, creditor,

I am requesting a hearing be scheduled on this matter.

OR

✽   Certification of Default filed by Standing Chapter 13 Trustee

I am requesting a hearing be scheduled on this matter.

2.      I am objecting to the above for the following reasons **(choose one)**:

❑      Payments have been made to the mortgage every month except for the last month.

X      I am sending another $1,000.00 on Friday, March 1, 2019 to the Trustee to catch up on the Trustee arrears and will make other arrangements to catch up on the rest.

This certification is being made in an effort to resolve the issues raised by the Trustee in its motion.

3.      I certify under penalty of perjury that the foregoing is true and correct.

Date: 2/27/19      /s/ Amalia Mejias

**Note:**

**If this form is not filed the Motion or Certification of Default will be deemed uncontested and no hearing will be scheduled.**