UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Amalia Mejias

Case No.: 14-29177
Chapter: 13
Judge: Jerrold N. Poslusny

## NOTICE OF PROPOSED PRIVATE SALE

__Amalia Mejias__, __debtor__, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | United States Bankruptcy Court<br>U.S. Post Office and Courthouse Building<br>P.O. Box 2067<br>Camden, NJ 08101 |

If an objection is filed, a hearing will be held before the Honorable __Jerrold N. Poslusny__ on __April 30, 2019__ at __10__ a.m. at the United States Bankruptcy Court, courtroom no. __4C__, United States Bankruptcy Court, 400 Cooper St. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold: 926 N. 7th Street, Camden, NJ

Proposed Purchaser: Zaria O. Mota De Jerez and Ramon I. Jerez Mota

Sale price: Forty thousand dollars ($40,000.00)

☐ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional: n/a/\

Amount to be paid:

Services rendered:

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Mark W. Ford, Esquire

Address: 4 1/2 N. Broadway, P.O. Box 110, Gloucester City, NJ  08030

Telephone No.: 856-456-8811

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 14-29177-JNP
Amalia Mejias                                                                       Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin                 Page 1 of 2                  Date Rcvd: Mar 29, 2019
                                Form ID: pdf905             Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2019.
```
db             +Amalia Mejias,    2901 Cramer Street,    Camden, NJ 08105-1315
cr              City of Camden, Revenue Collection,    c/o Office of City Attorney,    City Hall, Room 419,
                 P. O. Box 95120,    Camden, NJ  08101-5120
515056696      +Allstate Insurance Company,    PO Box 3589,    Akron, OH 44309-3589
515087573       Camden City c/o Office of City Attorney,    RM 419 City Hall,    Camden, NJ 08101
515437150      +Camden County MUA,    1645 Ferry Avenue,    Camden, NJ 08104-1311
515244770       City of Camden Water and Sewer,    PO Box 96120,    Camden NJ 08101-5120
515056700      +Department Of Finance,    Bureau Of Revenue Collection,    520 Market Street, Room 117,
                 Camden, NJ 08102-1300
515056701      +Equity Trust Company,    C/O Adam M. Kotlar, Esq.,    1913 Greentree Road,
                 Cherry Hill, NJ 08003-1123
515102815     +++Equity Trust FBO,    Adam D Greenberg IRA,    1949 Berlin Road Suite 200,
                 Cherry Hill NJ 08003-3737
515070761      +MARINER FINANCE, LLC,    8211 TOWN CENTER DRIVE,    NOTTINGHAM, MD 21236-5904
515056703       Mariner Finance,    PO Box 35394,    Baltimore, MD  21222-7394
515056706      +New Jersey American Water,    Po Box 371331,    Pittsburgh, PA 15250-7331
515056710       PSE&G,   PO Box 14444,    New Brunswick, NJ  08906-4444
515056709      +Pro Capital I,    C/O Gary C. Zeitz, LLC,    1105 Laurel Oak Road, Ste. 136,
                 Voorhees, NJ 08043-4312
515056711      +Ramone & Matos Mimi,    926 N. 7th Street,    Camden, NJ 08102-1846
515056712      +Regional Sewer Service,    PO Box 1105,    Bellmawr, NJ 08099-5105
515056713      +US Bank,    2 Liberty Place,    50 South 16th St., Ste. 1950,    Philadelphia, PA 19102-2521
515070427     +++US Bank Cust/Pro Capital I, LLC,    50 South 16th Street Ste 1950,    Philadelphia PA 19102-2516
517628866       Wilmington Savings Fund Society, et al,    c/o Rushmore Loan Management Services,
                 P.O. Box 52708,    Irvine, CA 92619-2708
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 30 2019 00:30:51      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 30 2019 00:30:47      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515173282       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 30 2019 00:40:39
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
515075511       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 30 2019 00:40:39
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK  73126-8941
515056697      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 30 2019 00:30:19      Comenity Bank,
                 Bankruptcy Dept.,    PO Box 182125,    Columbus, OH 43218-2125
515056698      +E-mail/Text: bankruptcy_notifications@ccsusa.com Mar 30 2019 00:31:47
                 Credit Collection Services,    2 Wells Avenue,    Newton, MA 02459-3246
515056699      +E-mail/PDF: creditonebknotifications@resurgent.com Mar 30 2019 00:39:51      Credit One Bank,
                 PO Box 60500,    City Of Industry, CA 91716-0500
515056702       E-mail/Text: cio.bncmail@irs.gov Mar 30 2019 00:30:01      Internal Revenue Service,
                 57 Haddonfield Road, Ste. 120,    Cherry Hill, NJ  08002-4813
515254111       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 30 2019 00:39:53
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
515056704      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 30 2019 00:30:47      Midland Credit MGMT,
                 8875 Aro Drive,    San Diego, CA 92123-2255
515056705       E-mail/Text: ally@ebn.phinsolutions.com Mar 30 2019 00:29:34      National Auto Finance Company,
                 Po Box 980902,    Bloomington, MN  55438
515097639       E-mail/Text: ally@ebn.phinsolutions.com Mar 30 2019 00:29:34
                 National Auto Finance Company serviced by Ally Ser,    PO Box 130424,
                 Roseville, MN 55113-0004
515056707      +Fax: 407-737-5634 Mar 30 2019 00:55:45      Ocwen Loan Servicing,
                 1661 Worthington Rd., Ste. 100,    West Palm Beach, FL 33409-6493
515056708       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 30 2019 00:39:12
                 Portfolio Recovery Associates,    140 Corporate Boulevard,    Norfolk, VA  23502
517103303       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 30 2019 00:39:15
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
517103304       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 30 2019 00:39:12
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541,
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
515272962       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 30 2019 00:40:29
                 Portfolio Recovery Associates, LLC,    c/o Orchard Bank,    POB 41067,    Norfolk VA 23541
515061578       E-mail/Text: bnc-quantum@quantum3group.com Mar 30 2019 00:30:39
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
515056714      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 30 2019 00:29:21
                 Verizon Wireless B/R,    PO Box 3397,    Bloomington, IL 61702-3397
                                                                                                TOTAL: 19
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Mar 29, 2019
                              Form ID: pdf905          Total Noticed: 38
```

```
        ***** BYPASSED RECIPIENTS (continued) *****

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515102159      Equity Trust FBO Adam D. Greenberg IRA
                                                                                 TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2019 at the address(es) listed below:
              Adam D. Greenberg    on behalf of Creditor    Equity Trust Company Custodian FBO Adam Greenberg IRA
               agreenberg@hgllclaw.com, Aholmes@hgllclaw.com
              Brian C. Nicholas    on behalf of Creditor    OCWEN LOAN SERVICING, LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Brian E Caine    on behalf of Creditor    Wilmington Savings Fund Society, et al
               bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
              Denise E. Carlon    on behalf of Creditor    Residential Credit Solutions, Inc.
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Joshua I. Goldman    on behalf of Creditor    Residential Credit Solutions, Inc.
               jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
              Linda S. Fossi    on behalf of Creditor    U.S. Bank Cust/Pro Capital I, LLC
               lfossi@zeitzlawfirm.com,
               gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
              Mark W Ford    on behalf of Debtor Amalia   Mejias markfordlaw@juno.com
              Michelle Banks-Spearman    on behalf of Creditor    City of Camden, Revenue Collection
               MiSpearm@ci.camden.nj.us,
               NaHarvey@ci.camden.nj.us;LyLaracu@ci.camden.nj.us;ElRedmer@ci.camden.nj.us
                                                                                           TOTAL: 10
```