Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 14–29177–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Amalia Mejias
  aka Margie Mejias
  2901 Cramer Street
  Camden, NJ 08105

Social Security No.:
  xxx–xx–6772

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:           April 30, 2019
Time:           10:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*127* – Objection to Notice of Private Sale (related document:124 Notice of Proposed Private Sale re: 926 N. 7th Street Camden, NJ Hearing scheduled for 04/30/2019 at 10:00 a.m.. Filed by Mark W Ford on behalf of Amalia Mejias. Objections due by 04/23/2019. filed by Debtor Amalia Mejias) filed by Raymond Shockley Jr on behalf of Isabel C. Balboa. (Shockley, Raymond)

and transact such other business as may properly come before the meeting.


Dated: April 3, 2019
JAN: jpl

                                          Jeanne Naughton
                                          Clerk