# Office of the Chapter 13 Standing Trustee

**Isabel C. Balboa, Chapter 13 Standing Trustee†**

*Jane L. McDonald, Counsel*  
*Raymond H. Shockley, Jr. Staff Attorney*  
*Jennifer R. Gorchow, Staff Attorney*

*Kelleen E. Stanley**  
*Jennie P. Archer**  
*Lu'Shell K. Alexander**

*\*Certified Bankruptcy Assistant*  
*†Fellow, American College of Bankruptcy*

May 9, 2019

The Honorable Jerrold N. Poslusny, Jr.  
United States Bankruptcy Court  
P.O. Box 2067  
Camden, New Jersey 08102

RE:    Chapter 13 Bankruptcy  
        Debtor(s) Name:    Amalia Mejias  
        Case No:    14-29177   JNP  
        Hearing Date:    N/A

Dear Judge Poslusny:

    Please accept this letter as a response to Debtor(s)' Motion/Application filed on May 2, 2019.

    The Trustee wishes to correct Mr. Ford's Certification in Support of his supplemental fee. Mr. Ford's Certification does not state the amount he has applied for and has been paid to date. However, Mr. Ford has applied for and has been paid $3,500.00. The Trustee has disbursed to him: $2,900.00 (pursuant to the April 6, 2015 confirmation Order). This sum is in addition to the $600.00 retainer reported in the amended Attorney Disclosure Statement filed on October 20, 2014.

    The Trustee does not oppose Mr. Ford's request for $400.00 in his current fee application.

    As always, the Court is welcome to contact the Trustee with any questions.

    Respectfully submitted,

    *OFFICE OF THE CHAPTER 13*  
    *STANDING TRUSTEE*

    */s/ Isabel C. Balboa*

    **ISABEL C. BALBOA**  
    Chapter 13 Standing Trustee

ICB:lka

c:    Mark W. Ford, Esquire   (Debtor(s)' Counsel)   (via Electronic Case Filing / ECF)  
    Amalia Mejias   (Debtor)   (via First Class Mail)

Cherry Tree Corporate Center  
535 Route 38  
Suite 580  
Cherry Hill, NJ 08002  
(856) 663-5002

**Payments Only:**

P.O. Box 1978  
Memphis, TN 38101-1978