Order Filed on May 10, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

LAW OFFICES OF MARK W. FORD, LLC
MARK W. FORD, ESQUIRE
4 1/2 N. BROADWAY
P.O. BOX 110
GLOUCESTER CITY, NJ 08030
856-456-8811

In Re:

Amalia Mejias

Case No.: 14-29177

Chapter: 13

Judge: JNP

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

DATED: May 10, 2019

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Mark W. Ford, Esquire_____, the applicant, is allowed a fee of $ _____400.00_____ for services rendered and expenses in the amount of $_____ for a total of $_____400.00_____. The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                           Case No. 14-29177-JNP
Amalia Mejias                                                                    Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin           Page 1 of 1              Date Rcvd: May 10, 2019
                            Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 12, 2019.
db              +Amalia Mejias,    2901 Cramer Street,    Camden, NJ 08105-1315

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2019                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 10, 2019 at the address(es) listed below:
              Adam D. Greenberg    on behalf of Creditor    Equity Trust Company Custodian FBO Adam Greenberg IRA
               agreenberg@hgllclaw.com, btemple@hgllclaw.com
              Brian C. Nicholas    on behalf of Creditor    OCWEN LOAN SERVICING, LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Brian E Caine    on behalf of Creditor    Wilmington Savings Fund Society, et al
               bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
              Denise E. Carlon    on behalf of Creditor    Residential Credit Solutions, Inc.
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Joshua I. Goldman    on behalf of Creditor    Residential Credit Solutions, Inc.
               jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
              Linda S. Fossi    on behalf of Creditor    U.S. Bank Cust/Pro Capital I, LLC
               lfossi@zeitzlawfirm.com,
               gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
              Mark W Ford    on behalf of Debtor Amalia  Mejias markfordlaw@juno.com
              Michelle Banks-Spearman    on behalf of Creditor    City of Camden, Revenue Collection
               MiSpearm@ci.camden.nj.us,
               NaHarvey@ci.camden.nj.us;LyLaracu@ci.camden.nj.us;ElRedmer@ci.camden.nj.us
              Raymond  Shockley, Jr    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
                                                                                             TOTAL: 11