| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Law Offices of Mark W. Ford, LLC<br>4 ½ North Broadway, PO Box 110<br>Gloucester City, NJ 08030<br>856-456-8811, 856-456-8558 (Fax)<br>Attorney for the debtor | |
|---|---|
| In Re:   Amalia Mejias | Case Number:   14-29177<br><br>Judge:   Jerrold N. Poslusny<br><br>Chapter:   13 |

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO CREDITOR'S MOTION or   xx CERTIFICATION OF DEFAULT   TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT

The debtors in the above-captioned chapter 13 proceeding hereby objects to the following **(choose one)**:

1.  Creditors Certification of Default

    By .   Wilmington Savings Fund Society,

A hearing has been scheduled for,

OR

Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for.

I am requesting a hearing be scheduled on this matter.

OR

Certification of Default filed by Standing Chapter 13 Trustee

I am requesting a hearing be scheduled on this matter.

    2.      I am objecting to the above for the following reasons **(choose one)**:

☒     I will be paying $900.00 on or about September 25, 2019. I have already made payments in the amount of $1500.00 in August, 2019

This certification is being made in an effort to resolve the issues raised by the creditor in its Certification of Default.

    3.      I certify under penalty of perjury that the foregoing is true and correct.

Date: 9-30-19      /s/ Amalia Mejias

**Note:**

**If this form is not filed the Motion or Certification of Default will be deemed uncontested and no hearing will be scheduled.**