Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 14–29177–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Amalia Mejias
aka Margie Mejias
2901 Cramer Street
Camden, NJ 08105

Social Security No.:
xxx–xx–6772

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:           October 22, 2019
Time:           10:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*144* – Certification in Opposition to Creditors Certification of Default (related document:143 Creditor's Certification of Default (related document:74 Motion for Relief from Stay re: 2901 Cramer St, Camden NJ 08105. Fee Amount $ 181. filed by Creditor Wilmington Savings Fund Society, et al, 92 Order (Generic)) filed by Brian E Caine on behalf of Wilmington Savings Fund Society, et al. Objection deadline is 10/7/2019. (Attachments: # 1 Exhibit filed order # 2 Proposed Order # 3 Certificate of Service) filed by Creditor Wilmington Savings Fund Society, et al) filed by Mark W Ford on behalf of Amalia Mejias. (Ford, Mark)

and transact such other business as may properly come before the meeting.

Dated: October 1, 2019
JAN: jpl

Jeanne Naughton
Clerk