Form 173 – hrggeneral

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

          Case No.: 14−29177−JNP
          Chapter: 13
          Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Amalia Mejias
   aka Margie Mejias
   2901 Cramer Street
   Camden, NJ 08105

Social Security No.:
   xxx−xx−6772

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:          October 22, 2019
Time:         10:00 AM
Location:     4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*144* – Certification in Opposition to Creditors Certification of Default (related document:143 Creditor's Certification of Default (related document:74 Motion for Relief from Stay re: 2901 Cramer St, Camden NJ 08105. Fee Amount $ 181. filed by Creditor Wilmington Savings Fund Society, et al, 92 Order (Generic)) filed by Brian E Caine on behalf of Wilmington Savings Fund Society, et al. Objection deadline is 10/7/2019. (Attachments: # 1 Exhibit filed order # 2 Proposed Order # 3 Certificate of Service) filed by Creditor Wilmington Savings Fund Society, et al) filed by Mark W Ford on behalf of Amalia Mejias. (Ford, Mark)

and transact such other business as may properly come before the meeting.

Dated: October 1, 2019
JAN: jpl

                                                                        Jeanne Naughton
                                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Amalia Mejias  
    Debtor

Case No. 14-29177-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Oct 01, 2019  
                  Form ID: 173     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2019.  
db          +Amalia Mejias,    2901 Cramer Street,    Camden, NJ 08105-1315

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2019                                        Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2019 at the address(es) listed below:  
         Adam D. Greenberg    on behalf of Creditor    Equity Trust Company Custodian FBO Adam Greenberg IRA  
          agreenberg@hgllclaw.com, btemple@hgllclaw.com  
         Brian C. Nicholas    on behalf of Creditor    OCWEN LOAN SERVICING, LLC bnicholas@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         Brian E Caine    on behalf of Creditor    Wilmington Savings Fund Society, et al  
          bcaine@parkermccay.com, BKcourtnotices@parkermccay.com  
         Denise E. Carlon    on behalf of Creditor    Residential Credit Solutions, Inc.  
          dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,  
          summarymail@standingtrustee.com  
         Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Joshua I. Goldman    on behalf of Creditor    Residential Credit Solutions, Inc.  
          jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Linda S. Fossi    on behalf of Creditor    U.S. Bank Cust/Pro Capital I, LLC  
          lfossi@zeitzlawfirm.com,  
          gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com  
         Mark W Ford    on behalf of Debtor Amalia  Mejias markfordlaw@juno.com  
         Michelle Banks-Spearman    on behalf of Creditor    City of Camden, Revenue Collection  
          MiSpearm@ci.camden.nj.us,  
          NaHarvey@ci.camden.nj.us;LyLaracu@ci.camden.nj.us;ElRedmer@ci.camden.nj.us  
         Raymond  Shockley, Jr    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com  
                                                                                          TOTAL: 11